# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

**In re:**
Rosemary Sainne

**Case No.:** 1721749

**Chapter:** 13

RECEIVED
2019 JUN 10 P 12: 12
CLERK
U.S. BANKRUPTCY COURT

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM 2

Now comes Wells Fargo Bank, N.A., and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 11/14/2018. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

The Notice is no longer valid due to payment adjustments after the filing of the Notice.

Respectfully submitted,

/John Tamburo
VP Loan Documentation
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700
800-274-7025
NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

Chapter 13  No. 1721749
Judge: Carlota M. Bohm

RECEIVED

2019 JUN 10  P 12: 12

In re:
Rosemary Sainne

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 05, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Rosemary Sainne
1928 LaCrosse Street

Pittsburgh PA 15218

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Lauren M. Lamb
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh PA 15219

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Ronda J. Winnecour
Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh PA 15219

/s/John Tamburo
_____
VP Loan Documentation
Wells Fargo Bank, N.A.