IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Rosemary Sainne |
|---|---|
| CASE NO. | 17-21749 CMB |
| RELATED TO DOCUMENT NO. | Notice of Withdrawal of Notice Of Mortgage Payment Change Claim 2 filed on 7/19/2018. |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Notice of Withdrawal of Notice Of Mortgage Payment Change** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Notice of Withdrawal of Notice Of Mortgage Payment Change received by mail must have the filer's written signed signature where required listed.**

You must file **Notice of Withdrawal of Notice Of Mortgage Payment Change** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Withdrawal of Notice Of Mortgage Payment with the filer's written signed signature where required listed that is filed in response to this Notice.**

|  |  |
|---|---|
| June 10, 2019 | By: Lylenn Fox |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 17-21749-CMB
Rosemary Sainne                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy              Page 1 of 1           Date Rcvd: Jun 10, 2019
                            Form ID: pdf901         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
cr              Wells Fargo Bank N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
                Wells Fargo Bank, N.A.,   ATTN: John Tamburo, VP Loan Document,    MAC n9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Lauren M. Lamb    on behalf of Debtor Rosemary  Sainne
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7