**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Rosemary Sainne**
   Debtor(s)

Bankruptcy Case No.: 17−21749−CMB

Chapter: 13
Docket No.: 41 − 40

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of January, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/16/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/15/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/16/20.**

                                                                <u>Carlota M. Bohm</u>
                                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21749-CMB
Rosemary Sainne                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr             Page 1 of 2           Date Rcvd: Jan 30, 2020
                       Form ID: 408            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
```
db            +Rosemary Sainne,    1928 LaCrosse Street,    Pittsburgh, PA 15218-1652
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr             Wells Fargo Bank N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN  55121-7700
14411167       AES,    P.O. Box 2251,    Harrisburg, PA 17105-2251
14411170      #+Chase Auto Finance,    PO Box 901065,    Fort Worth, TX 76101-2065
14777821       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14768253       JPMorgan Chase Bank N.A.,    National Bankruptcy Department,    P.O. Box 901032,
               Ft. Worth TX 76101-2032
14684102       Magee-Womens Hospital of UPMC,    PO Box 1123,    Minneapolis, MN 55440-1123
14522263      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14411175      +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
14411174       Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14684103       UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
14411177      +Walmart Vision Center,    100 Walmart Drive,    North Versailles, PA 15137-1533
14644190       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN 55121-7700
14411178      +Wells Fargo Home Mortgage,    PO Box 6423,    Carol Stream, IL 60197-6423
14411179      +Western Psych,    PO Box 382059,    Pittsburgh, PA 15250-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14411168      +E-mail/Text: g20956@att.com Jan 31 2020 03:16:34     AT&T Mobile,    P.O. Box 6416,
               Carol Stream, IL 60197-6416
14411171       E-mail/Text: kburkley@bernsteinlaw.com Jan 31 2020 03:16:42     Duquesne Light,    Po Box 1930,
               Pittsburgh, PA 15230
14411169       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:18:44      Capital One Bank,
               PO Box 71083,    Charlotte, NC 28272-1083
14411172      +E-mail/Text: bankruptcynotice@fcbanking.com Jan 31 2020 03:15:16      First Commonwelath Bank,
               PO Box 400,    Indiana, PA 15701-0400
14411173      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:34     J. Jill,    PO Box 659622,
               San Antonio, TX 78265-9622
14685023       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:29:15
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14673394       E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2020 03:15:41
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14411176       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 31 2020 03:15:06
               Verizon,    P. O. Box 646,    Baltimore, MD 21265
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMORGAN CHASE BANK, N.A.
cr*            JPMorgan Chase Bank, N.A.
cr*            Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr              Page 2 of 2             Date Rcvd: Jan 30, 2020
                              Form ID: 408            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Karina    Velter     on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Lauren M. Lamb     on behalf of Debtor Rosemary    Sainne
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```