**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROSEMARY SAINNE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:17-21749 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/26/2017 and confirmed on 6/8/17 . The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,405.00 |
| Less Refunds to Debtor | 1,239.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,165.20 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 1,291.51 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,691.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 8,987.83 | 0.00 | 8,987.83 |
|     Acct: 3708 | | | | |
|   WELLS FARGO BANK NA | 2,832.43 | 2,832.43 | 140.94 | 2,973.37 |
|     Acct: 0301 | | | | |
| | | | | 11,961.20 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROSEMARY SAINNE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROSEMARY SAINNE | 1,239.80 | 1,239.80 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO BANK NA | 5,805.76 | 5,805.76 | 0.00 | 5,805.76 |
|     Acct: 0301 | | | | |
| | | | | 5,805.76 |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3591 | | | | |
|   AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1127 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 7,500.61 | 7,500.61 | 0.00 | 7,500.61 |
|     Acct: 3397 | | | | |
|   DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5301 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 468.76 | 468.76 | 0.00 | 468.76 |
|     Acct: 6084 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5539 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5259 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WESTERN PSYCHIATRIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7068 | | | | |
| MAGEE-WOMENS HOSPITAL OF UPMC | 195.15 | 195.15 | 0.00 | 195.15 |
| Acct: 3591 | | | | |
| UPMC PRESBYTERIAN SHADYSIDE HOSP | 1,542.21 | 1,542.21 | 0.00 | 1,542.21 |
| Acct: 3591 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,706.73 |

| TOTAL PAID TO CREDITORS | | | | 27,473.69 |
|---|---|---|---|---:|

| TOTAL | |
|---|---:|
| CLAIMED | 5,805.76 |
| PRIORITY | 2,832.43 |
| SECURED | 9.706.73 |

Date: 01/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   ROSEMARY SAINNE

             Debtor(s)

   Ronda J. Winnecour
            Movant
             vs.
   No Repondents.

Case No.:17-21749

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                     BY THE COURT:

                                                                      _____
                                                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rosemary Sainne  
    Debtor

Case No. 17-21749-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2     Date Rcvd: Jan 30, 2020  
                      Form ID: pdf900     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
```
db             +Rosemary Sainne,    1928 LaCrosse Street,     Pittsburgh, PA 15218-1652
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              Wells Fargo Bank N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN  55121-7700
14411167        AES,    P.O. Box 2251,    Harrisburg, PA 17105-2251
14411170       #+Chase Auto Finance,    PO Box 901065,    Fort Worth, TX 76101-2065
14777821        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14768253        JPMorgan Chase Bank N.A.,    National Bankruptcy Department,    P.O. Box 901032,
                 Ft. Worth TX 76101-2032
14684102        Magee-Womens Hospital of UPMC,    PO Box 1123,    Minneapolis, MN 55440-1123
14522263       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14411175       +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
14411174        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14684103        UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
14411177       +Walmart Vision Center,    100 Walmart Drive,    North Versailles, PA 15137-1533
14644190        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14411178       +Wells Fargo Home Mortgage,    PO Box 6423,    Carol Stream, IL 60197-6423
14411179       +Western Psych,    PO Box 382059,    Pittsburgh, PA 15250-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14411168       +E-mail/Text: g20956@att.com Jan 31 2020 03:16:34      AT&T Mobile,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14411171        E-mail/Text: kburkley@bernsteinlaw.com Jan 31 2020 03:16:40       Duquesne Light,    Po Box 1930,
                 Pittsburgh, PA 15230
14411169        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:18:08      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14411172       +E-mail/Text: bankruptcynotice@fcbanking.com Jan 31 2020 03:15:15       First Commonwelath Bank,
                 PO Box 400,    Indiana, PA 15701-0400
14411173       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:30      J. Jill,    PO Box 659622,
                 San Antonio, TX 78265-9622
14685023        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:18:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14673394        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2020 03:15:40
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14411176        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 31 2020 03:15:05
                 Verizon,    P. O. Box 646,    Baltimore, MD 21265
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, N.A.
cr              JPMorgan Chase Bank, N.A.
cr*             Educational Credit Management Corporation,    PO Box 16408,   St. Paul, MN 55116-0408
                                                                                 TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr              Page 2 of 2            Date Rcvd: Jan 30, 2020
                              Form ID: pdf900         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Karina   Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
          Lauren M. Lamb     on behalf of Debtor Rosemary   Sainne
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```