# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROSEMARY SAINNE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-21749<br><br>Chapter 13<br><br>Related to: Document No. 40<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __18th__ day of __March__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
3/18/20 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          glb
Chief United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                            Case No. 17-21749-CMB
Rosemary Sainne                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy              Page 1 of 2             Date Rcvd: Mar 18, 2020
                              Form ID: pdf900         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             +Rosemary Sainne,    1928 LaCrosse Street,    Pittsburgh, PA 15218-1652
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              Wells Fargo Bank N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN  55121-7700
14411167        AES,   P.O. Box 2251,    Harrisburg, PA 17105-2251
14411170       #+Chase Auto Finance,    PO Box 901065,    Fort Worth, TX 76101-2065
14777821        Educational Credit Management Corporation,     PO Box 16408,    St. Paul, MN 55116-0408
14768253        JPMorgan Chase Bank N.A.,    National Bankruptcy Department,    P.O. Box 901032,
                 Ft. Worth TX 76101-2032
14684102        Magee-Womens Hospital of UPMC,    PO Box 1123,    Minneapolis, MN 55440-1123
14522263       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14411175       +PNC Bank,   PO Box 747032,    Pittsburgh, PA 15274-7032
14411174        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14684103        UPMC Presbyterian Shadyside Hospital,     PO Box 1123,    Minneapolis, MN 55440-1123
14411177       +Walmart Vision Center,    100 Walmart Drive,    North Versailles, PA 15137-1533
14644190        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14411178       +Wells Fargo Home Mortgage,    PO Box 6423,    Carol Stream, IL 60197-6423
14411179       +Western Psych,    PO Box 382059,    Pittsburgh, PA 15250-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14411168       +E-mail/Text: g20956@att.com Mar 19 2020 04:48:13     AT&T Mobile,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14411171        E-mail/Text: kburkley@bernsteinlaw.com Mar 19 2020 04:48:25      Duquesne Light,   Po Box 1930,
                 Pittsburgh, PA 15230
14411169        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:41:13      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14411172       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 19 2020 04:46:02      First Commonwelath Bank,
                 PO Box 400,   Indiana, PA 15701-0400
14411173       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:46:25      J. Jill,   PO Box 659622,
                 San Antonio, TX 78265-9622
14685023        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:43:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14673394        E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2020 04:46:38
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14411176        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 19 2020 04:45:42
                 Verizon,   P. O. Box 646,   Baltimore, MD 21265
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, N.A.
cr*             JPMorgan Chase Bank, N.A.
cr*             Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
                                                                                 TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: culy                    Page 2 of 2                  Date Rcvd: Mar 18, 2020
                                  Form ID: pdf900               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Lauren M. Lamb    on behalf of Debtor Rosemary  Sainne
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                  TOTAL: 7
```